# Third District Court of Appeal
## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0019
Lower Tribunal No. 16-13500
_____

**Tirza Ventures LLC**,
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Freeman Law Group, and Anya Freeman, for appellant.

Bitman O'Brien & Morat, PLLC, and Allison Morat (Lake Mary), for appellee.

Before EMAS, LOGUE, and MILLER, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979); see also U.S. Bank Nat'l Ass'n for Lehman XS Tr. Mortg. Pass-Through Certificates, Series 2007-16N v. Morelli, 249 So. 3d 717, 720 (Fla. 3d DCA 2018); Bank of N.Y. Mellon Corp. v. Anton, 230 So. 3d 502, 504 (Fla. 3d DCA 2017); Bank of N.Y. Mellon Corp. v. Arnoux, 257 So. 3d 1179, 1180 (Fla. 3d DCA 2018).